UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 17-CV-3087-LRR |
| vs. | **REPORT AND RECOMMENDATION** |
| RICHARD GROTE, | |
| Defendant. | |

## *I. BACKGROUND*

On October 16, 2017, Plaintiff, the United States of America filed a petition for enforcement of a summons issued by the Internal Revenue Service (IRS) to Defendant, Richard Grote. Doc. 1. The Honorable Linda R. Reade, United States District Judge, referred this matter to me for further proceedings and a report and recommendation on disposition. Doc. 2.

On October 19, 2017, I issued an order setting a hearing for Defendant to show cause why he should not be compelled to comply with the IRS summons. Doc. 3. Although he was served with a copy of that order (Doc. 4), Defendant failed to appear at the scheduled hearing. Doc. 7. He had sent a letter to the IRS (dated November 11, 2017) in response to an IRS letter dated August 16, 2016. Doc. 6-1. I scheduled a second hearing regarding his matter[1] for January 30, 2018. Doc. 8. Plaintiff, in

---

[1] This order, issued November 28, 2017, required Defendant to comply with the IRS summons within 30 days, and if he failed to do so, to appear on January 30, 2018, to show cause why he should not be held in contempt. Doc. 8. I erred in filing that document as an order, rather than a report and recommendation, and by failing to provide the parties an opportunity to file objections. *See United States v. Mueller*, 930 F.2d 10, 12 (8th Cir. 1991); Doc. 2. The record demonstrates that Defendant has not contested the filing of that document or that he should be ordered to comply with the IRS summons.

compliance with my order (Doc. 8) filed a status report on January 24, 2018, indicating Defendant has still not complied with the IRS summons. Doc. 10. On January 30, 2018, I held a second show cause hearing. Doc. 12. Defendant, having been served notice on December 2, 2017 (Doc. 9), again failed to appear for the hearing.

## II. FINDINGS OF FACT

I make the following findings:

1. Defendant Richard Grote is found in Hampton, Iowa, which is within the Northern District of Iowa. *See* Docs. 1 at 1 (¶ 3), 1-2, 1-3, 1-4, 4, 6-1, 9.

2. On January 23, 2017, Revenue Officer Bart Brellenthin issued an IRS summons to Defendant, seeking production of books, papers, records, or other data, in furtherance of an investigation into Defendant's personal tax liability for 2012 ("IRS summons"). *See* Doc. 1-1 at 1 (¶¶ 1-2), 4.

3. The IRS summons was issued for a legitimate purpose, to investigate Defendant's potential personal tax liability for 2012.

4. The IRS summons seeks information relevant to that purpose, in that it seeks to examine records that will help the IRS determine what, if any, personal taxes Defendant owes for 2012. *See* Doc. 1-1 at 3 (¶ 9).

5. The information sought by the IRS summons is not already in the IRS's possession. *See* Doc. 1-1 at 2 (¶ 6).

6. The IRS summons satisfies all administrative steps required by the Internal Revenue Code. *See* Doc. 1-1 at 2 (¶ 7).

7. The IRS summons was served on Defendant on February 6, 2017. *See* Doc. 1-1 at 2 (¶ 3), 5.

8. Defendant submitted a letter to the IRS, dated November 11, 2017, but his letter failed to address or respond to the IRS summons. *See* Doc. 6-1.

9. Defendant has failed to comply with the IRS summons on multiple occasions through and including January 30, 2018. Docs. 1-1 at 2 (¶¶ 4-5), 1-2, 1-3, 5 at 2.

10. Defendant was served notice on two additional occasions that he should show cause related to whether he should be compelled to comply with the IRS summons. Docs. 4, 9.

11. Defendant has failed to show cause why he should not be compelled to comply with the IRS summons, why he has not complied with the summons, or why he should not be held in contempt for failing to comply with the IRS summons. Docs. 7, 12.

### III. RECOMMENDATIONS

I respectfully recommend that the district court enter an order: (1) compelling Defendant to comply with the IRS summons within 30 days from the date he is served the court's order; (2) ordering Defendant pay the costs for Plaintiff to maintain this action, including costs of service; and (3) ordering Plaintiff to file a status report no later than 60 days from the date of the court's order, indicating whether Defendant complied with the subpoena.

I further respectfully recommend, that should Defendant fail to comply with the order compelling compliance with the IRS summons, that the court order Defendant to show cause why he should not be held in contempt and be subjected to imposition of fines and/or incarceration.

Objections to this Report and Recommendation must be filed within fourteen days of service in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Objections must specify the parts of the Report and Recommendation to which objections are made, as well as the parts of the record forming the basis for the objections. Fed. R. Civ. P. 72. Failure to object to the Report and Recommendation waives the

right to *de novo* review by the district court of any portion of the Report and Recommendation, as well as the right to appeal from the findings of fact contained therein.  *See United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009).

ENTERED this 1st day of February, 2018.

*[signature: Kelly KE Mahoney]*

Kelly K.E. Mahoney
United States Magistrate Judge
Northern District of Iowa