# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>vs.<br><br>RICHARD GROTE,<br><br>    Respondent. | No. 17-CV-3087-LRR<br><br>**ORDER** |

_____

This matter is before the court on the court's November 29, 2018 Order (docket no. 21) requiring Respondent to appear on January 24, 2019, at 2:00 p.m. at the United States Courthouse, Courtroom 1, 111 Seventh Avenue SE, Cedar Rapids, Iowa to show cause why he should not be held in contempt and subjected to fines and/or imprisonment for failure to comply with the court's March 23, 2018 Order (docket no. 14). Respondent failed to appear as ordered on January 24, 2019, at 2:00 p.m. and continues his noncompliance with the court's March 23, 2018 Order.

The court finds Respondent, Richard Grote, in civil contempt of the court's Orders dated October 19, 2017 (docket no. 3), November 28, 2017 (docket no. 8) and March 23, 2018. The court determines that Respondent is subject to a monetary sanction of $25 per day, from and including the date of this Order, until such date and time he complies with the IRS summons and court order requiring the production of the documents sought in the summons.

**IT IS HEREBY ORDERED** that Richard Grote is found in civil contempt for his failure to comply with this court's Orders.

**IT IS FURTHER ORDERED** that Richard Grote shall immediately produce to the United States the required financial records as set forth in the IRS summons dated January 23, 2017.

**IT IS FURTHER ORDERED** that Richard Grote shall be sanctioned with a monetary fine of $25 per day, payable to the Clerk of the Court, from and including the date of this Order, until such date he produces all of the required records to the United States.

**IT IS FURTHER ORDERED** that the United States serve Richard Grote with this Order and that the United States file a status report indicating whether respondent complied no later than 60 days after this Order is entered.

**IT IS FURTHER ORDERED** that, in the event Richard Grote does not comply with this Order, a Status Hearing on this matter is set for Thursday, April 4, 2019 at 1:30 p.m. in Courtroom 1, United States Courthouse, 111 Seventh Avenue SE, Cedar Rapids, Iowa, 52401. If, at that time, the required records are not produced, the United States may propose additional remedies, including but not limited to arrest and/or incarceration of Richard Grote until such time as he complies with this court's orders. All parties, including Richard Grote, must appear in person at the Status Hearing.

**IT IS SO ORDERED.**

**DATED** this 25th day of January, 2019.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA